ORIGINAL

BART M. BOTTA, State Bar No. 167051
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
E-Mail: Bart@rjlaw.com
E-Mail: Elise@rjlaw.com

Attorneys for Plaintiff

FILED

2010 FEB 12  PM 1:23

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

WESTERN ONION SALES, INC., a corporation,

　　　　　　Plaintiff,

vs.

SUN GROWERS INTERNATIONAL, a corporation; SUN GROWERS INTERNATIONAL, business form unknown; SERGIO VELLATTI a.k.a. SERGIO VELLATTI PEREZ, an individual; VERONICA VELLATTI a.k.a. VERONICA JIMENEZ a.k.a. VERONICA JIMENEZ VALDEZ, an individual,

　　　　　　Defendants.

CASE NO. 10CV 0351 JM BLM

CERTIFICATION AS TO INTERESTED PARTIES

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND ALL OTHER PARTIES IN INTEREST:

1

PLEASE TAKE NOTICE that the undersigned, counsel of record for WESTERN ONION SALES, INC., a corporation, Plaintiff in the above-captioned action, certifies that the following listed parties have direct, pecuniary interests in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| 1. WESTERN ONION SALES, INC., a corporation | Plaintiff seeking recovery of at least $73,708.80 against Defendants for Alleged Enforcement of Reparation Award Issued by the U.S. Secretary of Agriculture; Breach Of Contract; Enforcement Of Statutory PACA Trust Provisions; Violation Of PACA: Failure To Account And Pay Promptly; Breach Of Fiduciary Duty; Unjust Enrichment; Attorneys Fees and Costs. |
| 2. SUN GROWERS INTERNATIONAL, a corporation | Corporate Defendant against whom Plaintiff seek recovery in the cumulative amount of at least $73,708.80. |
| 3. SUN GROWERS INTERNATIONAL, business form unknown | Corporate Defendant against whom Plaintiff seeks recovery in the cumulative amount of at least $73,708.80. |
| 4. SERGIO VELLATTI a.k.a. SERGIO VELLATTI PEREZ, an individual | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiff seeks recovery in the cumulative amount of at least $73,708.80. |

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
(949) 752-2911
FAX (949) 752-0953

| | |
|---|---|
| 5. VERONICA VELLATTI a.k.a. VERONICA JIMENEZ a.k.a. VERONICA JIMENEZ VALDEZ, an individual | Individual Defendant and statutory trustee under 7 U.S.C. §499e against whom Plaintiff seeks recovery in the cumulative amount of at least $73,708.80. |

**RYNN & JANOWSKY, LLP**

Dated: February 8, 2010     By: _____

Bart M. Botta, SBN 167051
Elise O'Brien, SBN 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
Tel:  949-752-2911
Fax: 949-752-0953
bart@rjlaw.com
elise@rjlaw.com

3